UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Julius Muhezi**

    v.                                                Case No. 26-cv-605-PB-AJ

**Christopher Brackett, Superintendent,
Strafford County Department of Corrections, et al.**

## **ORDER**

Julius Muhezi filed the instant petition for a writ of habeas corpus on July 23, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Muhezi's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a) based on his similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 3 (citing 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025)).

In response, the government has moved to dismiss Muhezi's petition. Doc. 6. The government acknowledges that Muhezi is detained pursuant to § 1226(a) and thereby entitled to a bond hearing and argues that, because of that concession, his petition is moot. However, the government's legal concession is insufficient to moot Muhezi's habeas claim, as "a case becomes moot only when it is impossible for a court to grant any effectual relief

whatever to the prevailing party." Chafin v. Chafin, 368 U.S. 165, 172 (2013) (citation modified); cf. Harris v. Univ. of Mass. Lowell, 43 F.4th 187, 192 (1st Cir. 2022) (dismissing claim for injunctive relief as moot because "there [was] simply no ongoing conduct to enjoin presently affecting" the plaintiff (citation modified)). Muhezi's continued incarceration without a bond hearing, notwithstanding the government's acknowledgment that he is "bond eligible," Doc. 6-1 at 3, is an ongoing injury susceptible to injunctive redress by this Court. A justiciable controversy thus remains.

Accordingly, per its concession that § 1226(a) applies, the government is hereby ordered to afford Muhezi a bond hearing under that provision as soon as practicable. Meanwhile, the government's motion to dismiss is denied without prejudice to its ability to renew arguments therein which are relevant to Muhezi's other claims in the event that he is denied bond.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

July 31, 2026

cc:    Counsel of Record

2