**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Julius Muhezi**

v. Case No. 26-cv-605-PB-AJ

**Christopher Brackett, Superintendent Strafford County Department of Corrections, et al.**

**ORDER**

After the government notified the Court that Julius Muhezi received the bond hearing he sought on August 4, 2026, see Doc. 8, I ordered Muhezi to show cause within seven days why his petition should not be dismissed. Doc. 9. Muhezi has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

August 20, 2026

cc: Counsel of Record